835 A.2d 320

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
RAHSHED THOMAS, DEFENDANT–PETITIONER.

October 15, 2003.

The Court having determined that the Order entered on May 6,
2003, denying the petition for certification in the above matter was
improvidently entered through clerical error;

It is ORDERED that the May 8, 2003 Order denying the
petition for certification, 176 *N.J.* 429, 824 *A.*2d 158 is hereby
vacated.

835 A.2d 321

ANDREW HRIC, PLAINTIFF–MOVANT, v. SERGEANT MICHAEL
MURRAY, POLICE OFFICER PRITCHARD, POLICE OFFICER
FLAMMIA AND THE TOWN OF DOVER POLICE DEPART-
MENT, DEFENDANTS–RESPONDENTS.

October 16, 2003.

ORDERED that the motion for leave to appeal is granted, and
the matter is summarily remanded to the Appellate Division to
consider the appeal on the merits.